## Mack Garlington v. The State.

### No. 5441.   Decided October 15, 1919.

**Carrying Pistol—Notice of Appeal—Jurisdiction.**

Where the record, on appeal from a conviction of unlawfully carrying a pistol, failed to show that notice of appeal was given and entered in the trial court, the appeal must be dismissed.

Appeal from the County Court of Sabine. Tried below before the Hon. F. P. Adams, judge.

Appeal from a conviction of unlawfully carrying a pistol; penalty, a fine of one hundred dollars.

The opinion states the case.

No brief on file for appellant.

*E. A. Berry,* Assistant Attorney General, for the State.

MORROW, Judge.—The conviction is for unlawfully carrying a pistol.

The Assistant Attorney General has filed a motion to dismiss the appeal because the record fails to show that a notice of appeal was given and entered in the trial court.

The record supports the allegation of the motion, and notice of appeal being essential to the jurisdiction of this court, the appeal is dismissed.

*Dismissed.*